IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 02-10284
Summary Calendar

YSIDRO CASTILLO, JR.,

Petitioner-Appellant,

versus

SAM L. PRATT, Warden;
KATHLEEN HAWK SAWYER, Director;
JOHN ASHCROFT, Attorney General,

Respondents-Appellees.

--------------------
Appeal from the United States District Court
for the Northern District of Texas
(3:01-CV-1226-R)
--------------------
September 6, 2002

Before DAVIS, WIENER, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

Petitioner-Appellant Ysidro Castillo, Jr., federal prisoner #
24866-077, appeals the denial of his 28 U.S.C. § 2241 petition.  He
contends that (1) the district court violated Apprendi v. New
Jersey, 530 U.S. 466 (2000) by sentencing him on the basis of the
quantity of dugs stated in the presentence report, because the jury

[*]

Pursuant to 5TH CIR. R. 47.5, the court has determined that this
opinion should not be published and is not precedent except under
the limited circumstances set forth in 5TH CIR. R. 47.5.4.

did not determine the drug amount, and (2) <u>Apprendi</u> is retroactively applicable to his 28 U.S.C. § 2241 petition.

We have not yet decided whether <u>Apprendi</u> applies retroactively on collateral review, <u>see</u> <u>United States v. Clark</u>, 260 F.3d 382 (5th Cir. 2001). Even so, Castillo's <u>Apprendi</u> claim lacks merit. True, after <u>Apprendi</u>, the jury should have been charged to find the drug amount. <u>See</u> <u>United States v. Miranda</u>, 248 F.3d 434, 445 (5th Cir. 2001), <u>cert. denied</u>, 122 S. Ct. 410 (2001), and 122 S. Ct. 823 (2002). Nevertheless, Castillo has failed to show that the error, although plain, seriously affected the fairness of the proceedings. <u>See</u> <u>United States v. Cotton</u>, 122 S. Ct. 1781, 1785-86 (2002). Therefore, regardless whether <u>Apprendi</u> applies retroactively to cases on collateral review, Castillo cannot show that the district court's failure to instruct the jury on drug quantity entitles him to 28 U.S.C. § 2241 relief. Accordingly, the district court's judgment is

AFFIRMED.

S:\OPINIONS\UNPUB\02\02-10284.0.wpd
4/29/04 8:38 am

2